UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DENISE CRUMWELL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

          Plaintiffs,

v.

ENGELBERT STRAUSS, INC.,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-8409

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of the undersigned as counsel for Denise Crumwell, On Behalf of Herself and All Other Persons Similarly Situated in the above-entitled action. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

        Jeffrey M. Gottlieb, Esq., (JG-7905)
        Gottlieb & Associates PLLC
        150 East 18th Street, Suite PHR
        New York, NY 10003
        Phone: (212) 228-9795
        Fax: (212) 982-6284
        Jeffrey@Gottlieb.legal

Dated: New York, New York
November 4, 2024

          Respectfully submitted,

          **GOTTLIEB & ASSOCIATES PLLC**

          By: */s/Jeffrey M. Gottlieb, Esq.*
              Jeffrey M. Gottlieb, Esq.