Civil Action No. 1:24-cv-8409

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ENGELBERT STRAUSS, INC.</u> was received by me on *(date)* <u>12/6/24</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons and complaint on *(name of individual)* <u>TAYLOR DOE/PERSON IN CHARGE</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>ENGELBERT STRAUSS, INC.</u> on *(date)* <u>Wed, Dec 11 2024</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 12/14/2024

*Server's signature*

CA PROCESS SERVICE CARLOS ABREGO Los Angeles County Registration #6456

*Printed name and title*

14800 Rinaldi St. #24, Mission Hills, CA 91345

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 11, 2024, 11:41 am PST at 1320 MAIN STREET, VENICE, CA 90291 received by TAYLOR DOE/PERSON IN CHARGE.