UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DENISE CRUMWELL, *on behalf of herself and all other*              :
*persons similarly situated*,                                      :
                                                                   :
                       Plaintiff,           :      24-CV-08409 (JAV)
                                                                   :
                 -v-                                 :      <u>ORDER</u>
                                                                   :
ENGELBERT STRAUSS, INC.,                                           :
                                                                   :
                      Defendant.           :
                                                                   X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All parties must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas.

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: January 21, 2025                              _____
       New York, New York                      JEANNETTE A. VARGAS
                                                    United States District Judge