UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                        :
DENISE CRUMWELL, *on behalf of herself and all other*                   :
*persons similarly situated*,                                           :
                                                                        :        24-CV-08409 (JAV) (SDA)
                                                                        :
                                  Plaintiffs,                           :        ORDER OF REFERENCE
                                                                        :        TO A MAGISTRATE
                   -v-                                                  :        JUDGE
                                                                        :
ENGELBERT STRAUSS, INC.,                                                :
                                                                        :
                                  Defendant.                            :
                                                                        :
------------------------------------------------------------------------ X

JEANNETTE A. VARGAS, United States District Judge:

        This action is referred to the assigned Magistrate Judge for the following purpose(s):

   X    General Pretrial (includes scheduling,        ___  Consent under 28 U.S.C. § 636(c) for all
        discovery, non-dispositive pretrial motions,       purposes (including trial)
        and settlement)
                                                      ___  Consent under 28 U.S.C. § 636(c) for
   ___  Specific Non-Dispositive Motion/Dispute:           limited purpose (e.g., dispositive motion,
        _____               preliminary injunction)
                                                           Purpose: _____
   ___  If referral is for discovery disputes when
        the District Judge is unavailable, the time   ___  Habeas Corpus
        period of the referral: _____
                                                      ___  Social Security
   ___  Settlement
                                                      ___  Dispositive Motion (i.e., motion requiring a
   ___  Inquest After Default/Damages Hearing              Report and Recommendation).
                                                           Particular Motion: _____

SO ORDERED.

Dated: January 21, 2025                          _____
       New York, New York                               JEANNETTE A. VARGAS
                                                        United States District Judge