**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
DENISE CRUMWELL and on Behalf
of all Other Persons Similarly Situated,

                 Plaintiff,                 Case No. 1:24-cv-8409

v.

ENGELBERT STRAUSS INC.

                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## <u>ENGELBERT STRAUSS, INC.'S RULE 7.1 DISCLOSURE STATEMENT</u>

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ENGELBERT STRAUSS, INC. ("Defendant"), through undersigned counsel, hereby gives notice of the following:

    ENGELBERT STRAUSS, INC. is an active General Corporation registered with the State of Delaware, who's parent company is Strauss Holding Inc. Strauss Holding Inc is owned by Strauss America GmbH, a German limited liability company headquartered in Biebergemünd, Hesse, Germany.

    There is no publicly held corporation that owns 10% or more of ENGELBERT STRAUSS, INC.'s stock.

| | |
|---|---|
| Dated: March 6, 2025. | Respectfully submitted,<br><br>**K&L GATES LLP**<br>Southeast Financial Center<br>200 South Biscayne Boulevard,<br>Suite 3900<br>Miami, Florida 33131<br>Telephone: 305.539.3300<br>Facsimile: 305.358.7095<br><br>By: */s/ Carol C. Lumpkin*<br>Carol C. Lumpkin<br>Florida Bar No. 797448<br>carol.lumpkin@klgates.com<br><br>*Attorney for Engelbert Strauss, Inc.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2025, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system:

**Gottlieb & Associates**
Jeffrey M. Gottlieb, Esq.
Dana Gottlieb, Esq.
Michael A. LaBollita, Esq.
150 E. 18 St. Suite PHR
New York, NY 10003
Phone: (212)-228-9795
Fax: (212)-982-6284
Email:Nyjg@aol.Com

2